IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:    19-cv-03300-RBJ | Date:  January 8, 2021 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ZUBAIR KAZI | *Bruce Rohde* |
| KFC OF PUEBLO INC | |
| **Plaintiffs** | |
| **v.** | |
| KFC US LLC | *Daniel Bobier* |
| | *Daniel Weiss* |
| **Defendant** | |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 2:30 p.m.

Appearance of counsel – all participants appear via telephone.

Discussion held on discovery disputes.

For the reasons stated on the record it is

**ORDERED:  Plaintiff may take six depositions, as outlined on the record.**

**Privilege log to be disclosed, as indicated on the record.**

Court in Recess:  3:31 p.m.          Hearing concluded.          Total time in Court:  01:01