## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| ZUBAIR KAZI and <br> KFC OF PUEBLO, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Civil Action No. 19-cv-03300-RBJ |
| v. | ) <br> ) | Honorable R. Brooke Jackson |
| KFC US, LLC, | ) <br> ) | |
| Defendant. | ) | |

### **DEFENDANT KFC US, LLC'S NOTICE OF COMPLIANCE**

Defendant ("KFC") respectfully advises the Court that, following the January 8, 2021 discovery conference with the Court, KFC has: (i) produced a privilege log to Plaintiffs; and (ii) re-reviewed its document production and narrowed or lifted most previous assertions of privilege. After those changes, only five documents contain redactions and KFC has explained the basis for each in its privilege log.

Dated: January 11, 2021                 Respectfully submitted,

                                        KFC US, LLC


                                        By: /s/ Daniel J. Weiss
                                              One of Its Attorneys

                                        Daniel J. Weiss
                                        dweiss@jenner.com
                                        Daniel W. Bobier
                                        dbobier@jenner.com
                                        JENNER & BLOCK LLP
                                        353 North Clark Street
                                        Chicago, Illinois 60654
                                        Telephone: (312) 923-4517

## CERTIFICATE OF SERVICE

I, Daniel J. Weiss, an attorney, certify that on January 11, 2021, I caused **DEFENDANT KFC US, LLC'S NOTICE OF COMPLIANCE** to be served on the following counsel of record by electronic mail:

>Bruce E. Rohde
>BRohde@ckbrlaw.com
>Margaret R. Pflueger
>MPflueger@ckbrlaw.com
>Campbell Killin Brittan & Ray, LLC
>270 St. Paul Street, Suite 200
>Denver, Colorado  80206