# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ZUBAIR KAZI and KFC OF PUEBLO, INC,

Plaintiffs,

v.

KFC US, LLC,

Defendant.

Civil Action No. 19-cv-03300-RBJ

## DEFENDANT KFC'S FOURTH AMENDED TRIAL EXHIBIT LIST

Defendant KFC respectfully submits the following list of exhibits that it may use at trial:

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 12/20/2012 | Memorandum Opinion and Order, *KFC Corp. v. Kazi, et al.*, No. 3:11-CV-00475-M (W.D. Ky.) | | | | |
| 2 | 2 | | 5/22/2013 | Order, *KFC Corp. v. Kazi, et al.*, No. 3:11-CV-00475-M (W.D. Ky.) | | | | |
| 3 | 3 | KFC000171 - KFC000178 | 4/4/2019 | Letter from G. Eickholt to Z. Kazi re: Proposed Franchise - Notice Under Section 19 of Franchise Agreement | | X | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 4 | 4 | | 4/12/2019 | Email from S. Poludniak to S. Burton, et al. re: Section 19 Letter - Pueblo, CO | | X | | |
| 5 | 5 | KFC000073 - KFC000075 | 5/7/2019 | Email from S. Poludniak to G. Eickholt, et al. er: Discuss Pueblo Impact Study, attaching KFC Sales Impact Request Form | | X | | |
| 6 | 6 | | 5/17/2019 | Email from S. Poludniak to S. Hussain, et al. re: Discuss Pueblo Impact Study | | | | |
| 7 | 7 | | 5/15/2019 | Email from S. Poludniak to S. Hussain, et al. re: Discuss Pueblo Impact Study, attaching Survey Form | | | | |
| 9 | 9 | KFC001064 - KFC001081 | 6/18/2019 | Email from G. Traupman to Z. Kazi, et al. re: Sales Impact Results - Pueblo, CO, attaching Sales Impact Letter, Sales Impact Report, Impact Guidelines | | X | | |
| 10 | 10 | | 6/19/2019 | Email from S. Poludniak to S. Acharya, et al. re: Sales Impact Results - Pueblo, CO, attaching Sales Impact Letter, Sales Impact Report, Impact Guidelines | | | | |
| 11 | 11 | | 6/20/2019 | Email from M. Damda to S. Poludniak, et al. re: Impact Study Results | | | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 12 | 12 |  | 6/20/2019 | Email from S. Acharya to M. Damda, et al. re: Impact Study Results |  |  |  |  |
| 13 | 13 | KFC000007 - KFC000008 | 6/20/2019 | Email from S. Poludniak to G. Traupman, et al. re: Impact Study Results |  | X |  |  |
| 14 | 14 | KFC001038 - KFC001063 | 9/25/2019 | FTI Consulting Location Sales Impact Analysis of Proposed KFC in Pueblo, Colorado |  | X |  |  |
| 15 | 15 | FTI_3DPARTY_0402 - FTI_3DPARTY_0409 | 8/6/2019 | Email from K. Ditzel to S. Poludniak, et al. re: Site Selection - KFC |  |  |  |  |
| 16 | 16 |  | 8/19/2019 | Engagement Agreement between FTI Consulting and Kazi Group of Companies |  |  |  |  |
| 18 | 18 |  | 12/31/2016 | Balance Sheet of KFC of Pueblo, Inc. |  |  |  |  |
| 19 | 19 |  | 1/10/2012 | Complaint, *Burger King Corp. v. Kazi Restaurants of Hawaii, Inc., et al.*, No. 1:12-cv-20105-PAS (S.D. Fla.) |  |  |  |  |
| 20 | 20 |  | 8/24/2011 | Complaint, *KFC Corp. v. Kazi, et al.*, No. 3:11-CV-00475-M (W.D. Ky.) |  |  |  |  |

3

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 21 | 21 | | 6/1/2017 | Kentucky Fried Chicken Franchise Agreement between KFC US, LLC and Zubair M. Kazi | | X | | |
| 22 | 22 | KFC000003 - KFC000006 | 6/7/2019 | S19 Impact Results - Denis Schoenhofer Site Submittal | | X | | |
| 24 | 24 | KFC000001 - KFC000002 | 10/4/2019 | Email from G. Eickholt to D. Schoenhofer, et al., re: Pueblo Site Visit | | X | | |
| 30 | 30 | KFC001347 - KFC001364 | 6/18/2019 | Email from G. Traupman to D. Schoenhofer re: Sales Impact Results - Pueblo, CO, attaching Sales Impact Letter, Sales Impact Report and Impact Guidelines | | X | | |
| 31 | 31 | KFC001365 - KFC001401 | 6/18/2019 | Email from G. Traupman to Z. Kazi, et al. re: Sales Impact Results - Pueblo, CO, attaching Sales Impact Letter, Sales Impact Report, Impact Guidelines | | X | | |
| 38 | 38 | KFC001955 - KFC002000 | 9/14/2017 | PowerPoint slides re: New Unit Development | | | | |
| 40 | 40 | KFC002020 - KFC002040 | 2017 | PowerPoint slides re: New Restaurant Incentive Recap | | X | | |
| 42 | 42 | KFC003895 - KFC003905 | 9/13/2016 | PowerPoint slides re: Reigniting KFC US Growth - C&F Discussion Document | | X | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 44 | 44 | | 10/30/2020 | Excel Spreadsheet, Exhibit A - Impact Study Comparison; Exhibit B - Kentucky Fried Chicken #H730011 Primary Impact Area | | | | |
| 45 | 45 | KAZI_WEIL_000004 - KAZI_WEIL_000033 | Various | Handwritten Notes | | | | |
| 46 | 46 | | 2/4/2020 | Letter from D. Weiss to B. Rohde re: Zubair Kazi v. KFC US, LLC, Case No. 19-3300 | | | | |
| 49 | 49 | | 9/25/2019 | FTI Consulting Location Sales Impact Analysis of Proposed KFC in Pueblo, Colorado | | X | | |
| 50 | 50 | | 9/23/2020 | Email from K. Ditzel to S. Poludniak re: Update, attaching Engagement Agreement between FTI Consulting and Kazi Group of Companies | | | | |
| 51 | 51 | | 8/5/2019 | Email from S. Poludniak to S. Nystrom, et al. re: Site Selection - KFC, attaching Daily Gross Sales and Survey Results | | | | |
| 53 | 53 | | 8/9/2019 | Email from S. Poludniak to K. Ditzel, et al. re: Site Selection - KFC | | | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 54 | 54 | | 8/19/2019 | Email from S. Poludniak to K. Ditzel, et al. re: Site Selection - KFC | | | | |
| 55 | 55 | | 8/19/2019 | Engagement Agreement between FTI Consulting and Kazi Group of Companies | | | | |
| 57 | 57 | | 9/5/2019 | Email from A. Dunduras to K. Pultorak, et al. re: KFC survey link ready to use | | | | |
| 58 | 58 | | 9/18/2019 | Email from K. Ditzel to S. Poludniak, et al. re: Draft Report, attaching draft report | | | | |
| 59 | 59 | | 9/24/2019 | Email from S. Poludniak to K. Ditzel, et al. re: Draft Report | | | | |
| 60 | 60 | | 9/25/2019 | Email from K. Ditzel to S. Poludniak, et al. re: Draft Report, attaching draft report | | | | |
| 61 | 61 | | 9/24/2019 | Email from K. Pultorak to A. Dunduras, et al. re: KFC survey link ready to use | | | | |
| 62 | 62 | | 1/25/2021 | Plaintiffs' Second Supplemental Expert Disclosures Pursuant to Fed.R.Civ.P. 26€ | | | | |
| 63 | 63 | | 10/29/2019 | Letter from K. Ditzel to S. Poludniak re: Pueblo KFC Sales Impact, attaching invoice | | X | | |

6

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 69 | 69 | | 6/12/2019 | Letter from James Andrew Group to G. Traupman re: KFC Sales Impact Assessment | | X | | |
| 87 | 87 | KFC000083 - KFC000100 | 6/13/2019 | Email from P. Heintz to G. Traupman, et al. re: Pueblo, attaching Sales Impact Report | | X | | |
| 88 | 88 | KFC003844 - KFC003844 | 6/19/2019 | Email from S. Poludniak to G. Traupman, et al. re: Impact Study Results | | X | | |
| 89 | 89 | KFC001742 - KFC001743 | 6/20/2019 | Email from G. Traupman to S. Poludniak, et al. re: Impact Study Results | | X | | |
| 93 | 93 | JAG000004 - JAG000008 | 6/5/2019 | Email from G. Traupman to P. Heintz, et al. re: Pueblo - Added Costs | | X | | |
| 201 | | KFC003768 - KFC003770; KFC003772 - KFC003776; KFC003778 - KFC003778 | 8/14/2019 | Excerpts of KFC Site Review Minutes | | X | | |
| 202 | | KFC001621 - KFC001621 | 4/11/2019 | Email from S. Poludniak to S. Bart, et al. re: Section 19 Letter - Pueblo, CO | | X | | |
| 203 | | JAG000009 - JAG000010 | 7/16/2019 | Email from M. Shaw to P. Heintz re: Pueblo Colorado | | | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 204 | | KFC004028 - KFC004035 | 5/27/2021 | Photographs of 1644 S. Prairie Avenue, Pueblo, CO 81005 | | X | | |
| 205 | | KFC003997 - KFC004008 | | PowerPoint slides re: Kazi Pueblo Performance YTD P2 2021 | | | | |
| 206 | | | 6/3/2021 | Speed & Transaction Drive Through Time Information for H730011 | | | | |
| 207 | | | | Sales Data for Pueblo, CO KFC locations | | | | |
| 208 | | KFC004027 | 5/26/2021 | Case Report by Restaurant for Restaurant No. H730011 | | | | |
| 209 | | KFC004021 | 5/26/2021 | Spreadsheet re: Z. Kazi permanently closed stores | | | | |
| 210 | | | 5/20/1981 | Opinion, *U.S. v. Poludniak*, 657 F.2d 948 (8th Cir.) | | | | |
| 211 | | | 1/14/1992 | Report and Recommendation of Hearing Board, *In re Poludniak*, Supreme Court No. M.R. 7618, Administrator's No. 91-SH-334 | | | | |
| 212 | | | 1/25/1994 | Decision, *In re Poludniak*, Supreme Court No. M.R. 7618, Administrator's No. 91-SH-334 | | | | |
| 213 | | KFC004042 - KFC004048 | 5/27/2021 | Photographs of 2936 N. Freeway Drive, Pueblo, Colorado 81008 | | X | | |
| 214 | | KFC004036 - KFC004041 | 5/27/2021 | Photos of 1303 Pueblo Blvd, Pueblo, Colorado 81004 | | X | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 215 | 43 | | 10/30/2020 | Expert Opinion of Richard F. Weil, CFE | | | | |
| 216 | | | 12/31/2019 | Balance Sheet of KFC of Pueblo, Inc. | | | | |
| 217 | | | 12/14/1993 | Administrator's Petition for Leave to File Exceptions to the Report and Recommendation of the Review Board, *In re: Stephen E. Poludniak*, No. MR 7618 | | | | |
| 218 | | | 12/28/1993 | Answer to the Administrator's Petition for Leave to File Exceptions to the Report and Recommendation of the Review Board, *In re: Stephen E. Poludniak*, No. MR 7618 | | | | |
| 219 | | | 1/25/1994 | Administrator's Proposed Exceptions to the Report and Recommendations of the Review Board, *In re: Stephen E. Poludniak*, No. MR 7618 | | | | |
| 220 | | | 1/25/1994 | Order, *In re: Stephen E. Poludniak*, No. MR 7618 | | | | |
| 221 | | | | Demonstrative KFC Employee Tenure Slides | | | | |
| 222 | | KFC004053 | 6/4/2021 | Sales By Occasion Data | | | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 223 | | | 3/21/2011 | Kazi Foods of New York, Inc. Voluntary Petition, No. 11-47551-tjt (Bankr. E.D. Mich.) | | | | |
| 224 | | | | SiteIntel Impact Map | | | | |
| 225 | | KFC003953 | 10/29/2019 | Site Review Meeting Agenda | | X | | |
| 226 | | KFC004055 - KFC004057 | | Photographs of C. Denis Schoenhofer and Samantha Schoenhofer | | | | |
| 227 | | | 9/30/2020 | Plaintiffs Zubair Kazi and KFC of Pueblo, Inc.'s Response to Defendant's First Set of Requests for Admission | | X | | |
| 228 | | | 10/2/2020 | Plaintiffs Zubair Kazi and KFC of Pueblo, Inc.'s Responses to Defendant's First Set of Interrogatories | | X | | |
| 229 | | | 11/6/2020 | Plaintiffs' Responses to Defendant KFC US, LLC's Second Set of Interrogatories | | X | | |
| 230 | | | 11/11/2020 | Plaintiffs' First Supplemental Responses to Defendant KFC US, LLC's Second Set of Interrogatories | | X | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 231 | | | 4/27/2021 | Plaintiffs' Second Supplemental Responses to Defendant KFC US, LLC's Second Set of Interrogatories | | X | | |
| 232 | | KFC004051 | 2/27/2021 | Comment Report for H370011 | | | | |
| 233 | | KFC004052 | 6/4/2021 | Pricing Information for H370011 | | | | |
| 234 | | KFC002001 - KFC002040 | 12/5/2017 | PowerPoint Slides re New Unit Development Update | | | | |
| 235 | | | 2/17/2011 | Kazi Foods of Michigan, Inc. Voluntary Petition. No. 11-43971-tjt (Bankr. E.D. Mich.) | | | | |
| 236 | | KFC001813 - KFC001819 | 6/19/2019 | Site Application for C. Denis Schoenhofer | | X | | |
| 237 | | | 1/25/2021 | Expert Supplemental Report of Richard F. Weil, CMFP | | | | |
| 238 | | KFC001344 - KFC001346 | 6/5/2019 | Calendar Event from G. Traupman to B. Cahoe, et al. re: Pueblo, CO Impact Study Results, attaching distribution maps | | X | | |
| 239 | | | 6/5/2019 | Email from P. Heintz to G. Traupman, et al. re: Pueblo - Added Costs, with attachments | | X | | |
| 240 | | KFC003785 | 10/29/2019 | Email from G. Traupman to S. Osborn Hill re: Pueblo, CO new proposed location | | | | |
| 241 | | KFC004054A | 6/23/2021 | Royalty Data for Store C975110 | | | | |

11

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 242 | | | | Demonstrative Maps | | | | |
| 243 | | | | Demonstrative Timeline | | | | |
| 244 | | | | Demonstrative KFC Process Slides | | | | |
| 245 | | | | Omitted | | | | |
| 246 | | | | Demonstrative Sales Slides | | | | |
| 247 | | | | Demonstrative June Timeline | | | | |
| 248 | | | | Demonstrative Walewski Slides | | | | |
| 249A | | | | Demonstrative Pakter Slides | | | | |
| 249B | | | | Demonstrative Pakter Slides | | | | |
| 249C | | | | Demonstrative Pakter Slides | | | | |
| 250 | | | | Demonstrative Promotion Pricing Slides | | | | |
| 251 | | | | Omitted | | | | |
| 252 | | | | Demonstrative Sales Slides | | | | |
| 252A | | | | Demonstrative Sales Slides | | | | |
| 253 | | | | Jonathan D. Hibbard *Curriculum Vitae* | | | | |
| 254 | | | | Michael D. Pakter *Curriculum Vitae* | | | | |
| 255 | | KFC001302 | 6/18/2019 | Email from notifications@yum.com re: Yum Builder: Result Notification, Address: Pueblo, CO 81008, Site#: 313946 | | X | | |

| EXHIBIT NUMBER | DEP EX. NO. | BATES RANGE | DATE | DESCRIPTION | WITNESS | STIPULATED | ADMITTED | REFUSED |
|---|---|---|---|---|---|---|---|---|
| 256 | | | 12/31/2020 | Balance Sheet of KFC of Pueblo, Inc. for year ending Dec. 31, 2020 | | | | |
| 257 | | | 12/31/2019 | Income Statement for Periods Ending 1/31/2019 through 12/31/2019 for KFC of Pueblo, Inc. | | | | |
| 258 | | | | Materials provided by Weil | | | | |
| 259 | | | | Omitted | | | | |
| 260 | | | | Demonstrative Pakter Slides | | | | |
| | | | | Demonstratives used during direct examination and cross examination of witnesses | | | | |
| | | | | Any exhibit appearing on Plaintiffs' exhibit list | | | | |
| | | | | Any exhibit necessary for impeachment. | | | | |

13

Dated:  July 1, 2021

Respectfully submitted,

KFC US, LLC
By: /s/ Daniel J. Weiss
          One of Its Attorneys

Daniel J. Weiss
dweiss@jenner.com
Daniel W. Bobier
dbobier@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois  60654
Telephone:  (312) 923-4517

**CERTIFICATE OF SERVICE**

I, Daniel J. Weiss, an attorney, certify that on July 1, 2021, a true and correct copy of **DEFENDANT KFC'S FOURTH AMENDED TRIAL EXHIBIT LIST** was electronically filed via the CM/ECF system sending notice to the following: Bruce E. Rohde <BRohde@ckbrlaw.com>, William Brittan <BBrittan@ckbrlaw.com> and Margaret R. Pflueger <MPflueger@ckbrlaw.com>.

    /s/ Daniel J. Weiss
    Daniel J. Weiss